UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jeffrey Cambria

    v.                                        Civil No. 09-cv-408-JL

Rockingham County Department
of Corrections

**O R D E R**

    Before the Court is plaintiffs' complaint and request for preliminary injunctive relief (document no. 1).  In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge James R. Muirhead is designated to review and consider the request for injunctive relief submitted by plaintiff and, if necessary, conduct a hearing on the matter.  In accordance with subparagraph (C), the Magistrate Judge shall file his proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

    **SO ORDERED.**

                                                  _____
                                                  Joseph N. Laplante
                                                 District Judge

Date:     December 3, 2009

cc:       Jeffrey Cambria, pro se