UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Jeffrey Cambria</u>

            v.             Civil No. 09-cv-408-JL

<u>Rockingham County Department of Corrections</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 16, 2009, no objection having been filed.

SO ORDERED.

January 5, 2010

                                         Joseph N. Laplante
                                         United States District Judge

cc:    Jeffrey Cambria, pro se
        Thomas F. Reid, II, Esq.